PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA  KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:  phicks@littler.com
Email:  sketner@littler.com

Attorneys for Defendants
THE MIRAGE CASINO-HOTEL and
CRAFTED HOSPITALITY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LITO CARBAJAL, an individual; JUAN CENTENO, an individual; GERARDO GAMBOA, an individual; SHERI HOLLIDAY, an individual; LORENZO MENESES, an individual; SAMMY MONJE, an individual; RAFAEL PADILLA, an individual; JOSE RODRIGUEZ, an individual; MARYLNN RUSSUM, an individual; VINCENT SAUCEDO, an individual; ALLAN SVENNSON, an individual; SUSAN SWOGGER, an individual; DANIEL VALENZUELA, an individual, | Case No.  2:15-cv-00657-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT; ORDER** |
| Plaintiffs, | |
| vs. | |
| THE MIRAGE CASINO-HOTEL, a Nevada corporation; MGM RESORTS INTERNATIONAL, a Delaware corporation; CRAFTED HOSPITALITY, an unknown business entity; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Plaintiffs   LITO   CARBAJAL,   JUAN   CENTENO,   GERARDO   GAMBOA,   SHERI

HOLLIDAY,   LORENZO   MENESES,   SAMMY   MONJE,   RAFAEL   PADILLA,   JOSE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:133573717.1 060736.1076

1  RODRIGUEZ, MARYLYNN RUSSUM, VINCENT SAUCEDO, ALLAN SVENSSON, SUSAN

2  SWOGGER AND DANIEL VALENZUELA ("Plaintiffs") and Defendant CRAFTED

3  HOSPITALITY ("Defendant"), by and through their attorneys of record, stipulate that Defendant

4  has until June 5, 2015 to file a responsive pleading to Plaintiffs' Complaint.  This is Defendant's first

5  request for an extension to respond to Plaintiffs' Complaint and this extension is sought in good faith

6  and not for the purpose of undue delay.

7  Dated:  May 15, 2015                                    Dated:  May 15, 2015

8

9              /s/                                                           /s/
10  Roger P. Croteau, Esq.                            Patrick H. Hicks, Esq.
    Timothy E. Rhoda, Esq.                           Sandra Ketner, Esq.
11  ROGER P. CROTEAU & ASSOCIATES, LTD.   LITTLER MENDELSON, P.C.

12  Attorneys for Plaintiffs                             Attorneys for Defendants
    LITO CARBAJAL, JUAN CENTENO,            THE MIRAGE CASINO-HOTEL and
13  GERARDO GAMBOA, SHERI HOLLIDAY,       CRAFTED HOSPITALITY
    LORENZO MENESES, SAMMY MONJE,
14  RAFAEL PADILLA, JOSE RODRIGUEZ,
    MARYLNN RUSSUM, VINCENT
15  SAUCEDO, ALLAN SVENNSON, SUSAN
    SWOGGER and DANIEL VALENZUELA

16

17  **IT IS SO ORDERED:**

18

19  _____
    UNITED STATES MAGISTRATE JUDGE

20
    Dated:___May 18, 2015_____
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

Firmwide:133573717.1 060736.1076