1 ROGER P. CROTEAU, ESQ.
  Nevada Bar No. 4958
2 TIMOTHY E. RHODA, ESQ.
  Nevada Bar No. 7878
3 ROGER P. CROTEAU & ASSOCIATES, LTD.
  9120 West Post Road, Suite 100
4 Las Vegas, Nevada 89148
  (702) 254-7775
5 (702) 228-7719 (facsimile)
  croteaulaw@croteaulaw.com
6 ***Attorney for Plaintiffs***

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10                                ***

11 LITO CARBAJAL, an individual; JUAN        )
   CENTENO, an individual; GERARDO           )
12 GAMBOA, an individual; SHERI HOLLIDAY,    )
   an individual; LORENZO MENESES, an        )   Case No.   2:15-cv-00657-JCM-PAL
13 individual; SAMMY MONJE, an individual;   )
   RAFAEL PADILLA, an individual; JOSE       )
14 RODRIGUEZ, an individual; MARYLNN         )
   RUSSUM, an individual; VINCENT            )
15 SAUCEDO, an individual; ALLAN             )
   SVENNSON, an individual; SUSAN            )
16 SWOGGER, an individual; DANIEL            )
   VALENZUELA, an individual,                )
17                                           )
                              Plaintiffs,    )
18                                           )
   vs.                                       )
19                                           )
   THE MIRAGE CASINO-HOTEL, a Nevada         )
20 corporation; MGM RESORTS                  )
   INTERNATIONAL, a Delaware corporation;    )
21 CRAFTED HOSPITALITY, an unknown           )
   business entity; DOES I through X; and ROE )
22 BUSINESS ENTITIES I through X, inclusive, )
                                             )
23                              Defendants.  )
   _____  )

24

25 **STIPULATION TO DISMISS AS TO DEFENDANT, CRAFTED HOSPITALITY,**

   **AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
26

27     COMES NOW, Plaintiffs, LITO CARBAJAL; JUAN CENTENO; GERARDO

28 GAMBOA; SHERI HOLLIDAY; LORENZO MENESES; SAMMY MONJE; RAFAEL

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

PADILLA; JOSE RODRIGUES; MARYLNN RUSSUM; VINCENT SAUCEDO; ALLAN SVENNSON; SUSAN SWOGGER; DANIEL VALENZUELA, and Defendants, THE MIRAGE CASINO-HOTEL and CRAFTED HOSPITALITY, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. This action alleges discrimination on the basis of age in the terms, conditions and privileges of employment under state and federal statutes, namely, the Age Discrimination in Employment Act (*"ADEA"*), 29 U.S.C. §621 to §634; and the Nevada anti-discrimination statutes, N.R.S. 613.310 *et seq*.

2. The action arises out of the Plaintiffs' employment at that business located at 3400 Las Vegas Boulevard South, Las Vegas, Nevada 89109, known as Tom Colicchio's Heritage Steak (*"Heritage"*).

3. Defendants have represented that Defendant, Crafted Hospitality, has no involvement with Heritage and that it is thus not a proper party to this action.

4. Defendants have represented that TC Enterprises, LLC is a party to a Restaurant Management Agreement with Defendant, The Mirage Casino-Hotel, related to Heritage.

5. The instant action shall be dismissed without prejudice as to Defendant, Crafted Hospitality, only.

6. Plaintiff shall have leave to file a First Amended Complaint naming TC Enterprises, LLC as a Defendant herein in the place and stead of Crafted Hospitality.

//
//
//
//
//
//
//

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

7.      The case caption shall be amended to reflect the dismissal of Crafted Hospitality and the voluntary dismissal of MGM Resorts International, as well as the addition of TC Enterprises, LLC as a Defendant.

Dated this _____3rd_____ day of June, 2015.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                                    LITTLER MENDELSON

/s/ *Timothy E. Rhoda*                               /s/ *Sandra Ketner*
ROGER P. CROTEAU, ESQ.                               SANDRA KETNER, ESQ.
Nevada Bar No. 4958                                  Nevada Bar No. 8527
TIMOTHY E. RHODA, ESQ.                               50 West Liberty Street, Suite 400
Nevada Bar No. 7878                                  Reno, Nevada 89501
9120 West Post Road, Suite 100                       (775) 348-4888
Las Vegas, Nevada 89148                              sketner@littler.com
(702) 254-7775                                       *Attorneys for Defendants*
croteaulaw@croteaulaw.com                            **THE MIRAGE CASINO-HOTEL AND**
*Attorney for Plaintiffs*                            **CRAFTED HOSPITALITY**

**IT IS SO ORDERED.**

By: _____
   UNITED STATES DISTRICT JUDGE

Dated: _____June 4, 2015_____

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719