PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendants
THE MIRAGE CASINO-HOTEL and TC ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LITO CARBAJAL, an individual; JUAN CENTENO, an individual; GERARDO GAMBOA, an individual; SHERI HOLLIDAY, an individual; LORENZO MENESES, an individual; SAMMY MONJE, an individual; RAFAEL PADILLA, an individual; JOSE RODRIGUEZ, an individual; MARYLNN RUSSUM, an individual; VINCENT SAUCEDO, an individual; ALLAN SVENNSON, an individual; SUSAN SWOGGER, an individual; DANIEL VALENZUELA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL, a Nevada corporation; TC ENTERPRISES, LLC, a New York limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:15-cv-00657-JCM-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs LITO CARBAJAL, JUAN CENTENO, GERARDO GAMBOA, SHERI HOLLIDAY, LORENZO MENESES, SAMMY MONJE, RAFAEL PADILLA, JOSE RODRIGUEZ, MARYLYNN RUSSUM, VINCENT

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

Firmwide:137376793.1 060736.1076

2.

SAUCEDO, ALLAN SVENSSON, SUSAN SWOGGER and DANIEL VALENZUELA ("Plaintiffs") and Defendants THE MIRAGE CASINO-HOTEL and TC ENTERPRISES, LLC ("Defendants"), through their designated counsel of record, that this matter be dismissed in its entirety, with prejudice, with each party to bear their own costs and attorney's fees.

Dated: December 4, 2015                                             Dated: December 4, 2015

/s/
Roger P. Croteau, Esq.
Timothy E. Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.

Attorneys for Plaintiffs
LITO CARBAJAL, JUAN CENTENO, GERARDO GAMBOA, SHERI HOLLIDAY, LORENZO MENESES, SAMMY MONJE, RAFAEL PADILLA, JOSE RODRIGUEZ, MARYLNN RUSSUM, VINCENT SAUCEDO, ALLAN SVENNSON, SUSAN SWOGGER and DANIEL VALENZUELA

/s/
Patrick H. Hicks, Esq.
Sandra Ketner, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
THE MIRAGE CASINO-HOTEL and TC ENTERPRISES, LLC

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 8, 2015

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

Firmwide:137376793.1 060736.1076